-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHABAKA SHAKUR,

        Plaintiff,

-v-                                  14-CV-0136S
                                           ORDER

SUPERINTENDENT HAROLD GRAHAM, et al.,

        Defendants.



---

    Plaintiff has notified the Court that he wishes to withdraw this action.  Because no answer or motion for summary judgment has been filed by any adverse party, the notification must be treated as a voluntary withdrawal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I). The complaint is hereby dismissed without prejudice.

    **SO ORDERED.**

                                                        s/Michael A. Telesca
                                                        MICHAEL A. TELESCA
                                         United States District Judge

Dated:    March 17, 2014
             Rochester, New York